McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MOHAMMAD AHMAD MASOUD, | Case No.: 1:19-cv-00127-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file his response to Plaintiff's opening brief with the Court by 30 days to **November 12, 2019**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and he requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant is responsible for performing a range of tasks that preclude drafting the Commissioner's response to Plaintiff's opening brief by October 10, 2019, such as: drafting an answering brief in a Social

Security case pending before the Ninth Circuit; drafting briefs in Social Security cases before the district courts within the Ninth Circuit; negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; defending the Social Security Administration (agency) in personnel litigation pending before the Merit Systems Protection Board; assisting with the training of a newly hired attorney in the agency's Office of the General Counsel, Region IX; and handling an arbitration involving the agency and one of the agency's collective bargaining units.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>October 8, 2019</u>    LAW OFFICES OF STUART T. BARASCH

By: <u>/s/ Asim H. Modi for Stuart T. Barasch*</u>
STUART T. BARASCH
*Authorized by email on October 8, 2019*
Attorney for Plaintiff

Date: <u>October 8, 2019</u>    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: <u>/s/ Asim H. Modi</u>
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

Upon review of the parties' stipulation, IT IS ORDERED that Defendant shall have until November 12, 2019, to file a responsive brief to Plaintiff's opening brief. All other deadlines in the Court's Scheduling Order (ECF No. 6.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 8, 2019**          /s/ Erin P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE