# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AHMAD MASOUD,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:19-cv-00127-EPG<br><br>ORDER DIRECTING DEFENDANT TO FILE A HARD COPY OF THE ADMINISTRATIVE RECORD |

The Court directs Defendant to file a hard copy of the administrative record not less than thirty days prior to the hearing for oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits.

IT IS SO ORDERED.

Dated: **October 17, 2019**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE