1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  ASIM H. MODI, NYSBN 4692018
   Special Assistant United States Attorney
5       Social Security Administration
        160 Spear Street, Suite 800
6       San Francisco, CA  94105
        Telephone: 415-977-8952
7       Facsimile: 415-744-0134
8       Email: Asim.Modi@ssa.gov
   Attorneys for Defendant
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MOHAMMAD AHMAD MASOUD, | Case No.: 1:19-cv-00127-EPG |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| ANDREW SAUL, | **(ECF No. 17)** |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reevaluate the medical and other source opinion evidence in accordance with the relevant agency

-1-

regulations and rulings.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

                                                Respectfully submitted,

Date: *October 21, 2019*                   LAW OFFICES OF STUART T. BARASCH

                                        By:    */s/ Asim H. Modi for Stuart T. Barasch\**
                                                   STUART T. BARASCH
                                                   *\*Authorized by email on October 21, 2019*
                                                   Attorney for Plaintiff

Date: *October 21, 2019*                   McGREGOR W. SCOTT
                                                   United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                                 By:    */s/ Asim H. Modi*
                                                   ASIM H. MODI
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

ORDER

Pursuant to the stipulation of the Parties (ECF No. 17), **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **October 21, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE