Stuart T. Barasch, Esq.
(State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 29115
Davies, FL 33329
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Mohammad Ahmad Masoud

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD AHMAD MASOUD,<br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant | Civil No. 1:19-cv-00127-EPG<br><br>**ORDER**<br>**AWARDING ATTORNEY'S**<br>**FEES PURSUANT TO THE   EQUAL ACCESS TO**<br>**JUSTICE ACT, 28 U.S.C. § 2412 (d)** |

　　　　Before the Court is the Stipulation of Plaintiff, Mahammad Ahmad Masoud, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

　　　　IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Six Thousand Six Hundred Dollars ($6,600.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

　　　　If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset

Order Awarding Attorney's Fees Pursuant to the Equal Access to Justice Act

Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to Olinsky Law Group at the following address:

> **Olinsky Law Group**
> **250 S. Clinton St. Ste. 210**
> **Syracuse, NY 13202**

IT IS SO ORDERED.

Dated: **February 4, 2020**

/s/ Eric P. Gросн
UNITED STATES MAGISTRATE JUDGE

Order Awarding Attorney's Fees Pursuant to the Equal Access to Justice Act